PAULA OSTERMANN, Respondent, v. SAMUEL EPSTEIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

PARKWAY ASSOCIATES CORPORATION, Respondent, v. HARNEY ROAD CORPORATION, Appellant, Impleaded with Others, Defendants. (Actions Nos. 1 and 2.)— Order denying motion to vacate judgment of foreclosure and sale, to enjoin the sale and to vacate order of reference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK BOCCOCCINO, Appellant.— Judgment of conviction of the County Court of Queens county affirmed. No opinion. Lazansky, P. J., Young and Carswell, JJ., concur; Scudder and Tompkins, JJ., dissent and vote for reversal and a new trial.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SILVIO ETTORE BOCCOCCINO, Appellant.— Judgment of conviction of the County Court of Queens county reversed on the law and the facts and a new trial ordered. We are not satisfied that the proof established the guilt of this defendant beyond a reasonable doubt. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SEYMOUR EILENBERG, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, affirmed. No opinion. Lazansky, P. J., Kapper, Hagarty and Davis, JJ., concur; Scudder, J., dissents and votes for reversal and a new trial.